**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2022**

———————

FELICIA D. SLIGH,

                                  Plaintiff - Appellant,

      versus

MARVIN RUNYON, Postmaster General; UNITED
STATES POSTAL SERVICE,

                                  Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Joseph H. Young, Senior District Judge.
(CA-96-3028-Y)

———————

Submitted:  October 10, 1997      Decided:  October 24, 1997

———————

Before HAMILTON, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Felicia D. Sligh, Appellant Pro Se.  Lynne Ann Battaglia, United
States Attorney, Albert David Copperthite, OFFICE OF THE UNITED
STATES ATTORNEY, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendant's motion for summary judgment and dismissing Appellant's claims of racial discrimination, retaliatory discharge, and lack of union representation. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Sligh v. Runyon, No. CA-96-3028-Y (D. Md. June 25, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED